United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 15, 2007**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 05-40704
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEKENA NEKOLE SIMMONS,

Defendant-Appellant.

**Appeal from the United States District Court
for the Eastern District of Texas
(2:03-CR-13-5)**

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Lekena Nekole Simmons has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). A copy of counsel's motion was sent to Simmons at multiple addresses, and she has not filed a response. Our review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is **GRANTED**; counsel is excused from further

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities; and the appeal is **DISMISSED**.  *See* 5th Cir. R. 42.2.